■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES WILLIAMS, Appellant. [44 NYS3d 905]—Judgment, Supreme Court, New York County (Maxwell Wiley, J., at motions; Ruth Pickholz, J., at jury trial and sentencing), rendered July 8, 2014, convicting defendant of robbery in the first degree, and sentencing him, as a second felony offender, to a term of 12 years, unanimously reversed, on the law, and the indictment dismissed.

The People concede that defendant's CPL 30.30 motion should have been granted. The People acknowledge that the record fails to support exclusion of a dispositive six-week period of delay on the ground of consent (*see People v Barden*, 27 NY3d 550, 554-556 [2016]). Concur—Acosta, J.P., Mazzarelli, Feinman and Webber, JJ.